IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                   MDL Docket No 04-1606 VRW

DEEP VEIN THROMBOSIS                    ORDER

This Document Relates To:

05-2477   VRW
_____/

       Plaintiff is ORDERED TO SHOW CAUSE in writing, not to exceed 10 pages, why this non-Warsaw case should not be dismissed under the federal preemption reasoning announced in the court's March 11, 2005, order (04-1606 VRW  Doc #151).  Plaintiff's writing is due on or before August 12, 2005.

       IT IS SO ORDERED.

                                    */s/ Vaughn R Walker*

                                    VAUGHN R WALKER

                                    United States District Chief Judge