IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
IN RE:                                   MDL Docket No 04-1606 VRW

DEEP VEIN THROMBOSIS                     ORDER


This Document Relates To:

05-2477 VRW
                                    /
```

On August 1, 2005, the court ordered plaintiff to show cause why defendant Hawaiian Airlines should not be dismissed under the federal preemption reasoning announced in the court's March 11, 2005, order (04-1606 VRW  Doc #151), Doc #12 (OSC).  Plaintiff filed her response that same day.  Doc #14.  Plaintiff asserts that the Supreme Court's decision in <u>Bates v Dow Agrosciences, LLC</u>, 125 S Ct 1788 (2005), compels a different result from the one reached in the court's March 11, 2005, preemption order.  Doc #14 at 2-3.  The court has already rejected this contention.  (04-1606 Doc #194).  Accordingly, all claims against defendant Hawaiian Airlines are DISMISSED with prejudice and the clerk is directed to ENTER JUDGMENT in favor of Hawaiian Airlines.

      Hawaiian Airlines is the only named defendant in this action; the other 101 defendants are unidentified DOE defendants. Accordingly, the remaining unnamed defendants are DISMISSED without prejudice. The clerk is DIRECTED to CLOSE the file and TERMINATE all motions.

      SO ORDERED.

_____
**VAUGHN R WALKER**

United States District Chief Judge