

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN Re:<br>DEEP VEIN THROMBOSIS | MDL Docket No. 04-1606 VRW |
| This Document Relates to: | **STIPULATION OF DISMISSAL** |
| *Stevens v. Hawaiian Airlines, Inc.;*<br>Case No. C05-02477 VRW | |

_____/

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: ~~December~~ January 16, 200~~7~~8

Victoria Stevens

-1-
STIPULATION TO DISMISSAL

Dated: December 2/15, 2008   O'REILLY & DANKO

By _____
Michael S. Danko
Attorneys for Plaintiff Stevens


Dated: March 19, 2008   CODDINGTON, HICKS & DANFORTH

By _____
Richard G. Grotch
Attys. for Hawaiian Airlines, Inc.

-2-
STIPULATION TO DISMISSAL